# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DEBORAH HOLLEN, | CASE NO. 15cv2357-GPC(DHB) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | [Dkt. No. 2.] |
| Defendant. | |

On October 19, 2015, Plaintiff Deborah Hollen ("Plaintiff") filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act along with a motion to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a). (Dkt. Nos. 1, 2). All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

Here, Plaintiff submitted a declaration reporting that she is not presently employed and that she has not worked since 2011. She declared that she does not receive money from any sources except her mother. She owns a 2006 Nissan Frontier. She does not own any real estate, stocks, or other financial instruments. Plaintiff reported having $500.00 in her checking account and has credit card debt in the amount

1  of $8,700.00. Plaintiff has sufficiently demonstrated that she is unable to pay the
2  required filing fee and meets the requirements to proceed IFP. Therefore, the Court
3  GRANTS Plaintiff's motion to proceed IFP.
4      IT IS SO ORDERED.
5
6  DATED: October 26, 2015
7
8      HON. GONZALO P. CURIEL
    United States District Judge